UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL GERARD HOUSTON,

       Plaintiff,                          Case no. 10-14831
                                                   Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant,
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

The court, pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, 28 U. S. C. 636(b)(1)(B), and LR 72.1(b)(3), has reviewed Magistrate Judge Laurie J. Michelson's September 30, 2011 Report and Recommendation, the entire record, and the pleadings filed by the parties. Upon review and consideration;

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the findings and conclusions of the court.

                                                         s/John Corbett O'Meara
                                                         United States District Judge

Date: December 9, 2011

     I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, December 11, 2011, using the ECF system and/or ordinary mail.

                                                         s/William Barkholz
                                                         Case Manager